```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

CHERYL TAYLOR,

    Plaintiff,

VS.                                          NO. 08-2678 An/Cl

METHODIST LEBONHEUR HEALTHCARE,

    Defendant.

### ORDER OF RECUSAL

    Magistrate Judge Charmiane G. Claxton hereby recuses herself from the above-referenced case and returns the file to the Clerk of Court for reassignment by random draw.

    It is so ORDERED this 2nd day of November, 2009.

                                            <u>s/ Charmiane G. Claxton</u>
                                            UNITED STATES MAGISTRATE JUDGE